```
              UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

PIE DEVELOPMENT, LLC                                      PLAINTIFF

VS.                           CIVIL ACTION NO. 3:23-cv-00034-TSL-LGI

PIE CARRIER HOLDINGS, INC.,
GALLATIN POINT CAPITAL, LLC,
SIRIUSPOINT LTD., PIE CASUALTY
INSURANCE COMPANY, PIE INSURANCE
HOLDINGS, PIE INSURANCE SERVICES,
DAX CRAIG, JOHN SWIGART                                  DEFENDANTS

<u>JUDGMENT</u>

In accordance with the court's memorandum opinion and order entered this date, it is ordered and adjudged that the complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 5th day of March, 2024.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

1